UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

-----------------------------------------------------------------X

ELIZABETH SINES, ET AL.,

Plaintiffs,   **NOTICE OF MOTION TO QUASH SUBPOENAE**

v.

JASON KESSLER, ET AL.,

Original Western District of VA
Defendants.   Case No. 3:17-cv-00072-NKM

-----------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Affidavit of Michael Peinovich, sworn June 29, 2020, and the exhibits attached thereto, and upon the accompanying Memorandum in Support of Frederick C. Kelly dated June 29, 2020, non-party Michael Peinovich will move this Court, at the Honorable Charles L. Brieant Courthouse located at 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court and before a specific judge to be determined by the Court, to quash the Subpoenae dated May 22, 2020 and May 29, 2020 pursuant to Fed. R. Civ. P. 45 and for attorney's fees pursuant to same, and for such other, further and different releif as may be just and proper.

Dated: Goshen, New York    Yours, etc.
       June 29, 2020

/s/ Frederick C. Kelly
Frederick C. Kelly, Esq.
*Attorney for Non-Party Peinovich*
One Harriman Square
Goshen, NY 10924
Phone No.: (845) 294-7945
Fax: (845) 294-7889
fckellylaw@gmail.com

To:    Cooley, LLP
11951 Freedom Drive
Reston, VA 20190
Attn: Robert T. Cahill, Esq.
rcahill@cooley.com