# *Frederick C. Kelly*

*Attorney at Law*
*One Harriman Square*
*Goshen, New York 10924*
*845 294-7945 ◆ Fax 845 294-7889*
*fckellylaw@gmail.com*
*Service by electronic means is not accepted.*

Hon. Judge Philip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


July 17, 2020          Via ECF

Re:     Peinovich v Wispelwey (a/k/a Sines et al v Kessler et al)
        Motion to Quash
        7:20-mc-245
            and
        Motion to Compel
        7:20-mc-243

Honorable Sir:

This office represents Movant Peinovich in the above Motion to Quash (Case 7:20-mc-245), recently consolidated with the Motion to Compel (Case 7:20-mc-243), in which Peinovich is the respondent.

At DKT 4 of Case 7:20-mc-243, Peinovich had filed a motion to seal Exhibit 5 to his Motion to Quash.  That letter motion is now moot as Seth Wispelwy (through counsel) gave permission to file a redacted version of Exhibit 5 without a seal.  Peinovich therefore withdraws his letter motion of June 30, 2020.

Accordingly, I attach a redacted version of Exhibit 5 to Peinovich's Motion Quash with this letter.

I thank you for your time and attention in this matter and remain

                                   Very truly yours,

                                   /s/
                                   Frederick C. Kelly, Esq.