

Alan Levine
+1 212 479 6260
alevine@cooley.com

> Application to seal Exhibits A and B granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>          July 20, 2020

July 17, 2020

Honorable Philip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Elizabeth Sines et al. v. Michael Peinovich*, No. 7:20-mc-00243 and *Michael Peinovich v. Elizabeth Sines, et al.*, No. 7:20-mc-00245

Dear Judge Halpern:

This firm represents Respondents Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, and John Doe (collectively, "Respondents") in the above-referenced matter.  Respondents write to request an order permitting them to file Exhibits A and B to the Declaration of Scott W. Stemetzki in Support of their Opposition to Movant Michael Peinovich's Motion to Quash under seal.  The exhibits have been filed with Mr. Stemetzki's Declaration in Support of this Motion to Seal.  Counsel for Movant consents to filing these documents under seal.

The underlying case giving rise to this discovery dispute, *Elizabeth Sines, et al. v. Jason Kessler, et al.*, No. 3:17-cv-00072, is currently proceeding in the Western District of Virginia.  The matter arises out of the incidents occurring during the Unite the Right Rally in Charlottesville, VA on August 11 and 12, 2017, including violent clashes between members of multiple alt-right or white supremacist protesters and counter-protesters, and a tragic car attack resulting in one death and numerous injuries.  Given the highly sensitive issues involved and need to facilitate the exchange of confidential information, the parties entered into a Protective Order designating certain documents as "Confidential" or "Highly Confidential."  *See* Exhibit D to the Declaration of Scott W. Stemetzki in Support of this Motion to Seal.  Both Exhibits A and B have been designated "Highly Confidential" in the underlying action.  Accordingly, Respondents seek to file these Exhibits under seal to comply with their obligations under the Protective Order.[1]

We thank the Court for its consideration in this matter.  Respondents respectfully request that the Court "So Order" this letter and permit Respondents to file Exhibits A and B to Scott W. Stemetzki's Declaration under seal.

Respectfully Submitted,

*/s/ Alan Levine*

Alan Levine

---

[1] Respondents note that Movant's counsel has also taken steps to comply with the Protective Order, having filed an exhibit under seal in connection with Movant's Motion to Quash.