**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**
-------------------------------------------------------------------X

ELIZABETH SINES, ET AL.,

   Plaintiffs,
v.

JASON KESSLER, ET AL.,

   Defendants.
-------------------------------------------------------------------X

Case No. 20-mc-245

> Application to seal Exhibits 1-9 pending further Order of the Court granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>       July 27, 2020

PLEASE TAKE NOTICE that, upon the papers attached, move this Court, at the Honorable Charles L. Brieant Courthouse located at 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court and before the Honorable Philip M. Halpern, to hold Exhibit 1-9 under seal until such time as Respondents can file a motion to seal Exhibits 1-9, and for such other, further and different relief as may be just and proper.

Dated: Goshen, New York
      July 24, 2020

Yours, etc.

/s/ Frederick C. Kelly
Frederick C. Kelly, Esq.
*Attorney for Movant Michael Peinovich*
One Harriman Square
Goshen, NY 10924
Phone No.: (845) 294-7945
Fax: (845) 294-7889
fckellylaw@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-------------------------------------------------------------------X

ELIZABETH SINES, ET AL.,                                  Case No. 20-mc-245

Plaintiffs,
v.

JASON KESSLER, ET AL.,
                                                          Original Western District of VA
Defendants.                                               Case No. 3:17-cv-00072-NKM
-------------------------------------------------------------------X

1. The above captioned matter is a Motion to Quash Subponea served on Movant Michael Peinovich. This Sealing Motion is a request for relief within that miscellaneous procedure.

2. The Subpoenae in dispute were issued out of the Federal District Court for the Western District of Virginia, (i.e. "Sines et al. v. Kessler et al., Western District of Virginia Case No. 3:17-cv-00072-NKM") . They seek various ands sundry materials, as well an unlimited deposition, from Peinovich, a non-party to the main litigation in Western Virginia.

3. It appears that certain documents, to wit, Exhibits 1–9 attached to Peinovich's reply Papers, were produced under a confidentiality order in the main litigation.

4. The copies of said documents in possession of Peinovich appears to be fully redacted as to any confidential information. However, Peinovich wishes to be cautious about complying with any confidentiality order.

5. Accordingly, Peinovich hereby files Exhibits 1–9 attached to his Reply Affidavit under seal so that it will be held under seal until such time as Seth Wispelwey or any other

Respondent can address the confidentiality status of Exhibits 1–9.

WHEREFORE Movant Michael Peinovich respectfully requests an order to seal Exhibits 1–9 attached to his Reply Affidavit until such time as Respondents can address the confidentiality status of said exhibits; and for such other, further and different relief as the Court deems just and proper.

Dated: Goshen, New York  Yours, etc.
      July 24, 2020

/s/ Frederick C. Kelly
Frederick C. Kelly, Esq.
*Attorney for Movant Michel Peinovich*
One Harriman Square
Goshen, NY 10924
Phone No.: (845) 294-7945
Fax: (845) 294-7889
fckellylaw@gmail.com